IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANGELA HAYES-PAUL,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0192

Opinion filed June 6, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Blair Payne, Public Defender, and Elizabeth A. Rosado, Assistant Public Defender, Live Oak, for Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief-Criminal Appeals, Tallahassee, for Respondent.

PER CURIAM.

      The petition is dismissed as moot.

B.L. THOMAS, OSTERHAUS, and WINSOR, JJ., CONCUR.